IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARJORIE KLEIN,<br>　　*Plaintiff,*<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and ALLEGHENY COLLEGE LONG TERM DISABILITY PLAN,<br>　　*Defendants.* | Civil Action No.: 1:21-cv-00260<br><br>Susan Paradise Baxter<br>United States District Judge |

**STIPULATION OF VOLUNTARY**
**DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective Counsel, that the above-captioned action is voluntarily dismissed, with prejudice against the named Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own expenses, including attorney fees incurred in this action.

We, the undersigned Counsel for the Parties to this action, declare that this stipulation is both consensual and mutual.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

By: / s / Susan A. Meredith　　　　　　　　　By: / s / Peter D. Post
　　Susan A. Meredith, Esquire　　　　　　　　　Peter D. Post, Esquire
　　PA ID #76767　　　　　　　　　　　　　　　PA ID #16804
　　E-Mail: smeredith@cbmclaw.com　　　　　Email: peter.post@ogletree.com

**CAROSELLI BEACHLER & COLEMAN, LLC**　　**OGLETREE, DEAKINS, NASH, SMOAK &**
20 Stanwix Street, Suite 700　　　　　　　　**STEWART, P.C.**
Pittsburgh, PA 15222-4802　　　　　　　　　One PPG Place, Suite 1900
(412) 391-9860 (phone)　　　　　　　　　　　Pittsburgh, PA 15222
(412) 391-7453 (fax)　　　　　　　　　　　　(412) 394-3343 (phone)
　　　　　　　　　　　　　　　　　　　　　　(412) 232-1799 (fax)
*Counsel for Plaintiff Marjorie Klein*
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
Dated: May 4, 2022　　　　　　　　　　　　*Metropolitan Life Insurance Company*

　　　　　　　　　　　　　　　　　　　　　　Dated: May 4, 2022

It is so ordered, this 11th day of May, 2022.

　　　　/s/ Susan Paradise Baxter
　　　　United States District Judge